UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>950 MEAT & GROCERY INC.,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 20-10616 (DSJ) |

**ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF
FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**UPON** consideration of the final applications (the "Applications") for allowances of compensation and reimbursement of expenses for professional services rendered and expenses incurred, and a hearing (the "Hearing") having been held before this Court to consider the Applications on March 31, 2022; and upon the record made thereat; and notice having been given pursuant to Rules 2002(a)(7) and (c)(2) of the Federal Rules of Bankruptcy Procedure; and there being no objections filed thereto; it is hereby

**ORDERED** that the Applications are granted to the extent set forth in the attached Schedules.

Dated: New York, New York
       March 31, 2022

                                                   *s/ David S. Jones*
                                        HONORABLE DAVID S. JONES
                                        UNITED STATES BANKRUPTCY JUDGE

Case No.: 20-10616 (DSJ)          **CURRENT INTERIM FEE PERIOD**      Schedule A
Case Name: 950 MEAT & GROCERY INC.

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Platzer, Swergold, Goldberg, Katz & Jaslow, LLP Counsel to the Debtor | 2/7/22 ECF No. 139 and 150[1] | $396,695.20 | $396,695.20 | $80,650.40 | $0 | $80,650.40 | $5,151.54 | $29.85 |
| Janover, LLC, Accountants for the Debtor | 2/7/22 ECF No. 137 and 149[2] | $67,738.50 | $41,993.29 | $41,933.29 | $0 | $41,933.29 | $0.00 | $0.00 |

Revised September 2011      DATE ON WHICH ORDER WAS SIGNED: March 31, 2022      INITIALS: _DSJ_, USBJ

---

[1] Platzer's First and Final Fee Application [ECF No. 139], was initially treated and granted as an interim fee application, with an Interim Order Granting Platzer's Fees and Expenses having been entered by the Court on March 15, 2022 [ECF No. 145]. The Final Fee Application [ECF No. 139] was adjourned to March 31, 2022. On March 30, 2022 Plater filed its supplemental certification [ECF No. 150] and this Court heard and granted Platzer's Final Fee Application on March 31, 2022.

[2] Janover's First and Final Fee Application was reduced consistent with the supplemental certification [ECF No. 149] filed on March 30, 2022.

Case No.: 20-10616 (DSJ)     **FINAL FEE APPLICATION TOTALS**     Schedule B
Case Name: 950 MEAT & GROCERY INC.

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Platzer, Swergold, Goldberg, Katz & Jaslow, LLP<br>Counsel to the Debtor | $396,695.20 | $396,695.20 | $4,431.39 | $4,431.39 |
| Janover LLC,<br>Accountants for the Debtor | $67,738.50 | $41,933.29 | $0.00 | $0.00 |

Revised September 2011     DATE ON WHICH ORDER WAS SIGNED: March 31, 2022     INITIALS: *DSJ*, USBJ